

FILED

2020 FEB 25 PM 2:22

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT CALIF.
LOS ANGELES

BY:___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 19-609(A)-MWF |
| Plaintiff, | F I R S T |
| | S U P E R S E D I N G |
| v. | I N D I C T M E N T |
| JESUS MANUEL LANDEROS-CISNEROS, aka "Manuel Landeros Armenta," "Alfredo Landeros Cisneros," "Manuel Ontiveros Rodriguez," and "Manuel Landeros," | [21 U.S.C. § 846: Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii): Distribution of, and Possession with Intent to Distribute, Cocaine; 8 U.S.C. §§ 1326(a), (b)(2): Illegal Alien Found in the United States Following Deportation; 18 U.S.C. §§ 922(g)(1), (g)(5)(A): Prohibited Person in Possession of a Firearm and Ammunition; 21 U.S.C. § 853, 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| MANUEL ANGEL LANDEROS-LOPEZ, aka "Manuel Lopez," "Manuel Lopez Landeros," and "Gonzalo Garcia Lopez," | |
| RYAN ALEXANDER FISCHER, aka "Flaco," | |
| DAVID ELGRABLY, ANTHONY MARTINEZ, HARNIDHAN BHANGU, HARMANJOT SINGH, and GURPREET CHAHAL, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

[DEFENDANTS LANDEROS-CISNEROS, LANDEROS-LOPEZ, and FISCHER]

A.   OBJECTS OF THE CONSPIRACY

Beginning on a date unknown, and continuing until on or about September 19, 2019, in Los Angeles and San Bernardino Counties, within the Central District of California, and elsewhere, defendants JESUS MANUEL LANDEROS-CISNEROS, also known as ("aka") "Manuel Landeros Armenta," "Alfredo Landeros Cisneros," "Manuel Ontiveros Rodriguez," and "Manuel Landeros," MANUEL ANGEL LANDEROS-LOPEZ, aka "Manuel Lopez," "Manuel Lopez Landeros," and "Gonzalo Garcia Lopez," and RYAN ALEXANDER FISCHER, aka "Flaco," conspired with each other and others known and unknown to the Grand Jury to knowingly and intentionally distribute and to possess with intent to distribute at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii).

B.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

The objects of the conspiracy were to be accomplished, in substance, as follows:

1.   Defendants LANDEROS-CISNEROS, LANDEROS-LOPEZ, and FISCHER would obtain cocaine.

2.   Defendants LANDEROS-CISNEROS, LANDEROS-LOPEZ, and FISCHER would store and package cocaine at residential locations, such as the following: 4860 Benham Avenue, Baldwin Park, California (the "Baldwin

1  Park residence"); and 654 E. Tudor Street, Covina, California (the

2  "Covina residence").

3      3.   Defendants LANDEROS-CISNEROS and LANDEROS-LOPEZ would use

4  vehicles to transport and store cocaine.

5      4.   Defendants LANDEROS-CISNEROS, LANDEROS-LOPEZ, and FISCHER

6  would use these vehicles to pick up and deliver large amounts of

7  cocaine to customers such as David Elgrably, Anthony Martinez,

8  Harnidhan Bhangu, Harmanjot Singh, and Gurpreet Chahal.

9      5.   Defendants LANDEROS-CISNEROS, LANDEROS-LOPEZ, and FISCHER

10 would use these vehicles to pick up and deliver large amounts of

11 narcotics proceeds in the form of United States currency.

12 C.  OVERT ACTS

13      In furtherance of the conspiracy and to accomplish the objects

14 of the conspiracy, on or about the following dates, defendants

15 LANDEROS-CISNEROS, LANDEROS-LOPEZ, and FISCHER, and others known and

16 unknown to the Grand Jury, committed various overt acts in Los

17 Angeles and San Bernardino Counties, within the Central District of

18 California, and elsewhere, including, but not limited to, the

19 following:

20 February 7, 2019 Preparation for Narcotics Transaction

21      1.   On or about February 7, 2019, defendant LANDEROS-CISNEROS

22 loaded approximately 18 kilograms of cocaine from the Baldwin Park

23 Residence into a vehicle.

24      2.   On or about February 7, 2019, defendant LANDEROS-CISNEROS

25 loaded approximately 13 kilograms of cocaine from the Baldwin Park

26 Residence into another vehicle.

27

28

3.   On or about February 7, 2019, defendant LANDEROS-CISNEROS moved the vehicle containing approximately 18 kilograms of cocaine to a location near the Baldwin Park Residence.

4.   On or about February 7, 2019, defendant LANDEROS-LOPEZ moved the vehicle containing approximately 13 kilograms of cocaine to a location near the Baldwin Park Residence.

March and April 2019 Narcotics Proceeds Deliveries

5.   On or about March 5, 2019, defendant LANDEROS-CISNEROS delivered a box containing approximately $279,940 in narcotics proceeds, separated in approximately 28 rubber-banded bundles, to an unindicted co-conspirator.

6.   On or about April 5, 2019, defendant LANDEROS-CISNEROS acted as a lookout to ensure the delivery of narcotics proceeds by defendants LANDEROS-LOPEZ and FISCHER.

7.   On or about April 5, 2019, defendants LANDEROS-LOPEZ and FISCHER gave an unindicted co-conspirator a black duffel bag containing a large quantity of narcotics proceeds.

June 5, 2019 Narcotics Transaction

8.   On or about June 5, 2019, using coded language in a text message conversation, defendant LANDEROS-LOPEZ and Elgrably set up a narcotics transaction for 22 kilograms of cocaine.

9.   On or about June 5, 2019, using coded language in a text message conversation, defendant FISCHER and Elgrably coordinated the logistics for the delivery of 22 kilograms of cocaine.

10.  On or about June 5, 2019, defendant FISCHER distributed approximately 22.14 kilograms of cocaine to Elgrably.

//

//

July 25, 2019 Narcotics Transaction

11.   On or about July 25, 2019, defendant FISCHER distributed approximately 34.09 kilograms of cocaine to Martinez.

August 27, 2019 Narcotics Transaction

12.   On or about August 27, 2019, using coded language in a series of text messages, defendant LANDEROS-LOPEZ provided defendant FISCHER with information related to a location in Hesperia, California, in order to conduct a narcotics transaction.

13.   On or about August 27, 2019, using coded language in a series of telephone conversations, defendants LANDEROS-LOPEZ and FISCHER discussed a narcotics transaction for 30 kilograms of cocaine.

14.   On or about August 27, 2019, using coded language in a telephone conversation, defendant LANDEROS-LOPEZ instructed defendant FISCHER to count the packages of cocaine to ensure the proper amount was being delivered.

15.   On or about August 27, 2019, using coded language in a series of telephone conversations, defendant FISCHER and Singh discussed meeting up for the narcotics transaction.

16.   On or about August 27, 2019, defendant FISCHER distributed approximately 29.99 kilograms of cocaine to Bhangu.

17.   On or about August 27, 2019, using coded language in a telephone conversation with defendant LANDEROS-LOPEZ, defendant FISCHER confirmed that the narcotics transaction had been completed, and that he (defendant FISCHER) had relayed to defendant LANDEROS-CISNEROS that the narcotics transaction had been completed as well.

//

//

September 6, 2019 Narcotics Transaction

18.   On or about September 6, 2019, using coded language in both text message and telephone conversations, defendants LANDEROS-LOPEZ and FISCHER made arrangements for a narcotics transaction for 30 kilograms of cocaine in Ontario, California.

19.   On or about September 6, 2019, using coded language in a series of telephone conversations, defendant FISCHER confirmed with an unindicted co-conspirator that he was on his way to the narcotics transaction for 30 kilograms of cocaine.

20.   On or about September 6, 2019, defendant FISCHER distributed approximately 30.22 kilograms of cocaine to Chahal.

21.   On or about September 6, 2019, using coded language in a telephone conversation with defendant LANDEROS-LOPEZ, defendant FISCHER confirmed with defendant LANDEROS-LOPEZ that he had completed delivery of the cocaine.

22.   On or about September 6, 2019, using coded language in a text message and telephone conversation with defendant LANDEROS-CISNEROS, defendant FISCHER confirmed with defendant LANDEROS-CISNEROS that he had completed delivery of the cocaine.

September 2019 Search Warrants

23.   On or about September 19, 2019, after discovering a Global Positioning System ("GPS") tracking device on a vehicle that law enforcement had previously installed pursuant to a warrant, defendant FISCHER, using coded language, in a series of telephone conversations, warned an unindicted co-conspirator to check for GPS tracking devices under other vehicles.

24.   On or about September 19, 2019, using coded language, in a telephone conversation, an unindicted co-conspirator and defendant

FISCHER discussed the danger of law enforcement using GPS tracking devices.

25.  On or about September 19, 2019, in a series of text messages, defendant LANDEROS-LOPEZ sent three photos of the GPS tracking device to an unindicted co-conspirator, who then, using coded language in a series of text messages, instructed defendant LANDEROS-LOPEZ to break the GPS tracking device and warned defendant LANDEROS-LOPEZ that the GPS tracking device had a camera.

26.  On or about September 19, 2019, defendants LANDEROS-CISNEROS, LANDEROS-LOPEZ, and FISCHER possessed approximately 31.3 kilograms of cocaine.

27.  On or about September 19, 2019, at the Covina residence, California, defendants LANDEROS-CISNEROS, LANDEROS-LOPEZ, and FISCHER possessed two high-speed money counters, drug packaging materials, and other drug paraphernalia.

28.  On or about September 19, 2019, defendant LANDEROS-LOPEZ possessed (1) a Colt Government model, .38 caliber pistol bearing serial number 2933528, (2) three rounds of Prvi Partizan A.D. .38 caliber ammunition, (3) two rounds of Fiocchi Munizioni S.p.A. .38 caliber ammunition, and (4) two rounds of Industrias Tecnos S.a. de C.V. .38 caliber ammunition.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii); 18 U.S.C. § 2(a)]

[DEFENDANTS LANDEROS-CISNEROS, LANDEROS-LOPEZ, and FISCHER]

On or about February 7, 2019, in Los Angeles County, within the Central District of California, defendants JESUS MANUEL LANDEROS-CISNEROS, aka "Manuel Landeros Armenta," "Alfredo Landeros Cisneros," "Manuel Ontiveros Rodriguez," and "Manuel Landeros," MANUEL ANGEL LANDEROS-LOPEZ, aka "Manuel Lopez," "Manuel Lopez Landeros," and "Gonzalo Garcia Lopez," and RYAN ALEXANDER FISCHER, aka "Flaco," each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute at least five kilograms, that is, approximately 13 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii); 18 U.S.C. § 2(a)]

[DEFENDANTS LANDEROS-CISNEROS, LANDEROS-LOPEZ, and FISCHER]

On or about February 7, 2019, in Los Angeles County, within the Central District of California, defendants JESUS MANUEL LANDEROS-CISNEROS, aka "Manuel Landeros Armenta," "Alfredo Landeros Cisneros," "Manuel Ontiveros Rodriguez," and "Manuel Landeros," MANUEL ANGEL LANDEROS-LOPEZ, aka "Manuel Lopez," "Manuel Lopez Landeros," and "Gonzalo Garcia Lopez," and RYAN ALEXANDER FISCHER, aka "Flaco," each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute at least five kilograms, that is, approximately 18 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii); 18 U.S.C. § 2(a)]

[DEFENDANTS LANDEROS-LOPEZ and FISCHER]

On or about June 5, 2019, in San Bernardino County, within the Central District of California, defendants MANUEL ANGEL LANDEROS-LOPEZ, aka "Manuel Lopez," "Manuel Lopez Landeros," and "Gonzalo Garcia Lopez," and RYAN ALEXANDER FISCHER, aka "Flaco," each aiding and abetting the other, knowingly and intentionally distributed at least five kilograms, that is, approximately 22.14 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)]

[DEFENDANT ELGRABLY]

On or about June 5, 2019, in San Bernardino County, within the Central District of California, defendant DAVID ELGRABLY knowingly and intentionally possessed with intent to distribute at least five kilograms, that is, approximately 63.99 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)]

[DEFENDANT FISCHER]

On or about July 25, 2019, in Los Angeles County, within the Central District of California, defendant RYAN ALEXANDER FISCHER, aka "Flaco," knowingly and intentionally distributed at least five kilograms, that is, approximately 34.09 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT SEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)]

[DEFENDANT MARTINEZ]

On or about July 25, 2019, in Orange County, within the Central District of California, defendant ANTHONY MARTINEZ, in a vehicle, knowingly and intentionally possessed with intent to distribute at least five kilograms, that is, approximately 34.09 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT EIGHT

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)]

[DEFENDANT MARTINEZ]

On or about July 25, 2019, in Los Angeles County, within the Central District of California, defendant ANTHONY MARTINEZ, in a storage unit, knowingly and intentionally possessed with intent to distribute at least five kilograms, that is, approximately 60.15 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT NINE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii); 18 U.S.C. § 2(a)]

[DEFENDANTS LANDEROS-CISNEROS, LANDEROS-LOPEZ, and FISCHER]

On or about August 27, 2019, in San Bernardino County, within the Central District of California, defendants JESUS MANUEL LANDEROS-CISNEROS, aka "Manuel Landeros Armenta," "Alfredo Landeros Cisneros," "Manuel Ontiveros Rodriguez," and "Manuel Landeros," MANUEL ANGEL LANDEROS-LOPEZ, aka "Manuel Lopez," "Manuel Lopez Landeros," and "Gonzalo Garcia Lopez," and RYAN ALEXANDER FISCHER, aka "Flaco," each aiding and abetting the other, knowingly and intentionally distributed at least five kilograms, that is, approximately 29.99 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT TEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii); 18 U.S.C. § 2(a)]

[DEFENDANTS BHANGU AND SINGH]

On or about August 27, 2019, in San Bernardino County, within the Central District of California, defendants HARNIDHAN BHANGU and HARMANJOT SINGH, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute at least five kilograms, that is, approximately 39.6 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

1
2
3
4

COUNT ELEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii); 18 U.S.C. § 2(a)]

[DEFENDANTS LANDEROS-CISNEROS, LANDEROS-LOPEZ, and FISCHER]

On or about September 6, 2019, in Los Angeles County, within the Central District of California, defendants JESUS MANUEL LANDEROS-CISNEROS, aka "Manuel Landeros Armenta," "Alfredo Landeros Cisneros," "Manuel Ontiveros Rodriguez," and "Manuel Landeros," MANUEL ANGEL LANDEROS-LOPEZ, aka "Manuel Lopez," "Manuel Lopez Landeros," and "Gonzalo Garcia Lopez," and RYAN ALEXANDER FISCHER, aka "Flaco," each aiding and abetting the other, knowingly and intentionally distributed at least five kilograms, that is, approximately 30.22 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT TWELVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)]

[DEFENDANT CHAHAL]

On or about September 6, 2019, in San Bernardino County, within the Central District of California, defendant GURPREET CHAHAL knowingly and intentionally possessed with intent to distribute at least five kilograms, that is, approximately 30.22 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT THIRTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii); 18 U.S.C. § 2(a)]

[DEFENDANTS LANDEROS-CISNEROS, LANDEROS-LOPEZ, and FISCHER]

On or about September 19, 2019, in Los Angeles County, within the Central District of California, defendants JESUS MANUEL LANDEROS-CISNEROS, aka "Manuel Landeros Armenta," "Alfredo Landeros Cisneros," "Manuel Ontiveros Rodriguez," and "Manuel Landeros," MANUEL ANGEL LANDEROS-LOPEZ, aka "Manuel Lopez," "Manuel Lopez Landeros," and "Gonzalo Garcia Lopez," and RYAN ALEXANDER FISCHER, aka "Flaco," each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute at least five kilograms, that is, approximately 31.3 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT FOURTEEN

[8 U.S.C. §§ 1326(a), (b)(2)]

[DEFENDANT LANDEROS-LOPEZ]

On or about April 11, 2019, defendant MANUEL ANGEL LANDEROS-LOPEZ, aka "Manuel Lopez," "Manuel Lopez Landeros," and "Gonzalo Garcia Lopez," an alien, who had been officially deported and removed from the United States on or about April 8, 2012 and July 6, 2013, was found in Los Angeles County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States following deportation and removal.

At least one of defendant LANDEROS-LOPEZ's previously alleged deportations and removals from the United States occurred subsequent to defendant LANDEROS-LOPEZ's conviction for an aggravated felony, namely, Possession With Intent to Deliver Marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D), in the District of Arizona, Case Number 09-576-001-PHX-DGC, on or about June 13, 2011, for which defendant LANDEROS-LOPEZ was sentenced to ten months' imprisonment.

COUNT FIFTEEN

[18 U.S.C. §§ 922(g)(1), (g)(5)(A)]

[DEFENDANT LANDEROS-LOPEZ]

On or about September 19, 2019, in Los Angeles County, within the Central District of California, defendant MANUEL ANGEL LANDEROS-LOPEZ, aka "Manuel Lopez," "Manuel Lopez Landeros," and "Gonzalo Garcia Lopez," who was then an alien illegally and unlawfully in the United States, knowingly possessed the following firearm and ammunition, in and affecting interstate and foreign commerce:

(1) a Colt Government model, .38 caliber pistol bearing serial number 2933528,

(2) three rounds of Prvi Partizan A.D. .38 caliber ammunition,

(3) two rounds of Fiocchi Munizioni S.p.A. .38 caliber ammunition, and

(4) two rounds of Industrias Tecnos S.a. de C.V. .38 caliber ammunition.

Defendant LANDEROS-LOPEZ possessed such firearm and ammunition knowing that he had previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Possession with Intent to Deliver Marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D), in the District of Arizona, Case Number 09-576-001-PHX-DGC, on or about June 13, 2011.

FORFEITURE ALLEGATION ONE

[21 U.S.C. § 853]

1.    Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in any of Counts One through Thirteen of this Indictment.

2.    Any defendant so convicted shall forfeit to the United States of America the following:

(a)   All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense;

(b)   All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense; and

(c)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.    Pursuant to Title 21, United States Code, Section 853(p), any defendant so convicted shall forfeit substitute property if, by any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the

22

jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 28, United States Code, Section 2461(c), in the event of a conviction of defendant MANUEL ANGEL LANDEROS-LOPEZ, aka "Manuel Lopez," "Manuel Lopez Landeros," and "Gonzalo Garcia Lopez," of the offense set forth in Count Fifteen of this Indictment.

2.    Defendant LANDEROS-LOPEZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2461(c),

//

//

1  any firearm and ammunition involved in or used in the knowing

2  commission of such offense.

3

4                                              A TRUE BILL

5

6                                              /S/

7                                              _____
                                               Foreperson

8

9  NICOLA T. HANNA
   United States Attorney

10  *Brandon Fox*

11

12  BRANDON D. FOX
    Assistant United States Attorney
    Chief, Criminal Division

13

14  CAROL A. CHEN
    Assistant United States Attorney
    Chief, International Narcotics,
15  Money Laundering, and
    Racketeering Section

16

17  CHRISTOPHER C. KENDALL
    Assistant United States Attorney
    Deputy Chief, International
18  Narcotics, Money Laundering, and
    Racketeering Section

19

20  KATHY YU
    Assistant United States Attorneys
21  International Narcotics, Money
    Laundering, and Racketeering
22  Section

23

24

25

26

27

28