```
FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2020
CENTRAL DISTRICT OF CALIFORNIA
                      DEPUTY
```

1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   KATHY YU
4  Assistant United States Attorney
        1400 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-2431

7  Attorneys for Plaintiff
   United States of America

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR 19-609(A)-MWF |
|---|---|
| Plaintiff, | APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; [PROPOSED] ORDER |
| vs. | |
| ANTHONY MARTINEZ CDC# BL5563, | |
| Defendant | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby requests the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued for defendant ANTHONY MARTINEZ who is now detained at the WASCO STATE PRISON, in the City of WASCO, State of CALIFORNIA, in the custody of the Warden, Sheriff or Jailor of said institution.

The above-entitled case is scheduled for ARRAIGNMENT on the 14TH day of APRIL, 2020 at 2:00 P.M. in the courtroom of the Honorable DUTY MAGISTRATE, Judge of the United States District Court, Roybal Federal Building, Courtroom 341,

255 East Temple Street, at which the defendant's presence will be necessary.  In order to secure defendant's presence, it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden, Sheriff or Jailor to produce the defendant in said court on the date and time specified above, and at such other dates as may be necessary incident to this case.

    WHEREFORE, the government respectfully requests that the Court issue an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum under the seal of this Court, commanding the Warden, Sheriff or Jailor specified above, to produce the defendant in the United States District Court for the Central District of California at the specified time and place and for all other proceedings incident thereto, and at the termination of the proceedings against the defendant to return him to the custody of said Warden, Sheriff or Jailor.

Dated: February 26, 2020

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*/s/ Kathy Yu*
KATHY YU
Assistant United States Attorney