NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KATHY YU
Assistant United States Attorney
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California  90012
     Telephone: (213) 894-2431

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>ANTHONY MARTINEZ CDC# BL5563,<br><br>           Defendant | Case No.: CR 19-609(A)-MWF<br><br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   The Warden, Sheriff or Jailor of  WASCO STATE PRISON , in the City of WASCO , State of CALIFORNIA , and to any United States Marshal.

GREETING

WE COMMAND that you produce and deliver the body of defendant ANTHONY MARTINEZ , who is now in your custody, before the Honorable DUTY MAGISTRATE , Judge of the United States District Court, Roybal Federal Building, Courtroom 341,

255 East Temple Street, on the <u>14TH</u> day of <u>APRIL, 2020</u> at <u>2:00 P.M.</u>, in order that said defendant in the above-entitled case may then and there be arraigned and enter a plea at said time and place, and also at such other times as may be ordered by the Court.

The delivery of the body of defendant to the courtroom of the aforementioned United States District Court and the return by you of defendant to your custody shall be deemed sufficient compliance with this writ.

Dated: 02/27/2020

CLERK, UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BY: *Terry R. Baker*
Deputy Clerk

1148

# *Memorandum*

| Subject: | Date: |
|---|---|
| **AUSA REQUEST FOR TRANSFER/ WRIT OF HABEAS CORPUS U.S. v. ANTHONY MARTINEZ CR 19-609(A)-MWF** | February 26, 2020 |
| To:<br>DAVID M. SINGER<br>United States Marshal<br>U.S. Marshal's Office | From:<br>AUSA KATHY YU<br>Assistant United States Attorney<br>(213) 894-2431 |

The following identifying information is submitted in order to expedite the execution of the attached request from the U.S. Attorney's Office or Writ of Habeas Corpus. If you have any questions, please contact the Assistant U.S. Attorney indicated above.

| PRISONER INFORMATION | | | |
|---|---|---|---|
| NAME: | ANTHONY MARTINEZ | | |
| AKAs: | ANTHONY FRANKIE MARTINEZ | SEX: | MALE |
| DOB or Age: | (39) | RACE: | HISPANIC |
| **PENDING FEDERAL CHARGES** | | | |
| Charges: | 21 U.S.C. 841(a)(1), (b)(1)(A)(ii):DISTRIBUTION OF, AND POSSESSION WITH INTENT TO DISTRIBUTE, COCAINE- INDICTMENT ATTACHED | | |
| Case #: | CR 19-609(A)-MWF | | |
| **INSTITUTION'S INFORMATION** | | | |
| NAME: | WASCO STATE PRISON, WASCO, CALIF. | | |
| Location of Institution: | | Phone# | (661)758-8400 |
| BOOKING # | CDC# BL5563 | | |
| OTHER INFO RE HANDLING OF PRISONER: | | | |

**THIS MEMO SHOULD BE ATTACHED TO THE AUSA REQUEST/WRIT**