FILED
CLERK, U.S. DISTRICT COURT
04/10/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: AP   DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER: | CR19-609-(A)-MWF |
| ANTHONY MARTINEZ<br>USMS# 44575-112   DEFENDANT | REPORT COMMENCING CRIMINAL ACTION | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 04/10/2020  8:00   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   21 USC 841 POSSESION

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language:

7. Year of Birth: 1980

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name:   Phone Number:

9. Name of Pretrial Services Officer notified: VIVIAN VILLEGAS

10. Remarks (if any):

11. Name: CESAR PEREZ   (please print)

12. Office Phone Number: 21.620.8324

13. Agency: USMS

14. Signature: [signed]

15. Date: 04/10/2020

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION