# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:19-CR-00609(A)-MWF     Recorder: CS 04/10/2020     Date: 04/10/2020

Present: The Honorable Jacqueline Chooljian, U.S. Magistrate Judge

Court Clerk: Kerri Hays                               Assistant U.S. Attorney: Sara Milstein

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 5) ANTHONY MARTINEZ<br>CUSTODY-PRESENT | 5) ROBERT M. BERNSTEIN<br>PANEL | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Michael W. Fitzgerald.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 6/2/2020 at 8:30 AM
    Status Conference 4/27/2020 at 3:00 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 04
Initials of Deputy Clerk: KH by TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney, USMLA