UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 19-609(A)-MWF**                                      Dated: January 15, 2021
========================================================================

**PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE**

| Rita Sanchez | Amy Diaz | Kathy Yu |
|---|---|---|
| Courtroom Deputy | Court Reporter | Assistant U.S. Attorney |

========================================================================

U.S.A. vs (Dfts listed below)                        Attorneys for Defendants

5)   Anthony Martinez                            5)   Robert M. Bernstein
     Present - In Custody                              Present - Appointed

PROCEEDINGS:  VTC CHANGE OF PLEA AND SETTING OF SENTENCING DATE

Case called, and counsel make their appearance.

Defendant is sworn. Plea agreement is filed. The plea agreement is incorporated and made a part of this proceeding.

Defendant withdraws his previously entered plea of not guilty and enters a plea of Guilty to Count Seven of the First Superseding Indictment.

The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea. The Court finds that the defendant, Anthony Martinez, has entered his plea freely and voluntarily with a full understanding of the charges against him and the consequences of his plea. The Court finds that defendant understands his constitutional and statutory rights and wishes to waive them.

The Court refers the defendant to the Probation Office for the preparation of a pre-sentence report and continues the matter to **May 17, 2021**, at **2:00 p.m.**, for sentencing. The Jury Trial is hereby vacated. The defendant and counsel are ordered to return on this date for Sentencing.

cc:   PSA
      USPO

MINUTES FORM 8                                        Initials of Deputy Clerk rs
CRIM -- COP & SET SENT                                                      :40

**Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing. The Court construes "objections" to include departure arguments. Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy. Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing. Failure to meet these deadlines is grounds for sanctions.**