KATHY YU (Cal. Bar No. 268210), Assistant United States Attorney, Violent & Organized Crime Section
312 North Spring Street, 13th Floor
Los Angeles, California 90012
213-894-2431 / kathy.yu@usdoj.gov

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 19-609(A)-MWF |
| v. | |
| Landeros-Cisneros, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed  ☐ Lodged:  (**List Documents**)

Ex Parte Application and Declaration of Kathy Yu, Under Seal Filing, Proposed Order

**Reason:**

☑  Under Seal

☐  In Camera

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Per Court order dated: _____

☐  Other:

| May 31, 2022 | Kathy Yu |
|---|---|
| Date | Attorney Name |
| | United States of America |
| | Party Represented |

*Note:*  *File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*